USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/18/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

De Los Santos, Jose A
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

U.S.A.
_____
_____
_____
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

ID# 90645-054
Docket Number 11-CR-412
13 Civ. 1435 ( ) ( ) (PKC)

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

RECEIVED
JUL 18 2013
PRO SE OFFICE

I, De Los Santos, Jose A., *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   a) No, I'm not presently employed. I'm incarcerated
   b) N/A

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   a) Feb, 2010 - May, 2012    b) $1,600

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   N/A

   a) Are you receiving any public benefits?      ☑ No.      ☐ Yes, $_____.

   b) Do you receive any income from any other source? ☑ No.      ☐ Yes, $_____.

Rev. 05/2010

*1*

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☑ No.     ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☑ No.     ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☑ No.     ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   N/A _____
   N/A _____

8. State any special financial circumstances which the Court should consider.

   N/A _____
   _____
   _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __14__ day of __July__, __2013__
           date              month        year

                                        _De Cassonto Gone_
                                              Signature

Rev. 05/2010                    2

Date: 07/09/2013　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Location: OTV
Time: 01:39:28 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 90645054   Inmate Name: DELOS SANTOS, JOSE ANTHONY   Available Balance: $0.36

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 03/06/2013 | TFN0306 | Phone Withdrawal | | -$20.00 |
| 03/04/2013 | 71 | Sales | | -$64.05 |
| 03/02/2013 | TL0302 | TRUL Withdrawal | | -$5.00 |
| 03/01/2013 | TL0301 | TRUL Withdrawal | | -$5.00 |
| 02/27/2013 | 33313058 | Western Union | PENA | $200.00 |
| 02/26/2013 | 94 | Sales | | -$29.65 |
| 02/23/2013 | TL0223 | TRUL Withdrawal | | -$5.00 |
| 02/19/2013 | 107 | Sales | | -$85.75 |
| 02/16/2013 | TFN0216 | Phone Withdrawal | | -$75.00 |
| 02/14/2013 | TL0214 | TRUL Withdrawal | | -$10.00 |
| 02/12/2013 | TL0212 | TRUL Withdrawal | | -$10.00 |
| 02/11/2013 | 51 | Sales | | -$15.75 |
| 02/11/2013 | 33313042 | Western Union | PENA | $200.00 |
| 02/11/2013 | MIPP0113 | Payroll - IPP | | $28.20 |

Date: 07/09/2013  
Time: 12:50:06 PM  
Location: OTV

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 90645054    Inmate Name: DELOS SANTOS, JOSE ANTHONY    Available Balance: $0.36

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 05/07/2013 | 58 | Sales | | -$71.10 |
| 05/06/2013 | TFN0506 | Phone Withdrawal | | -$10.00 |
| 05/05/2013 | TL0505 | TRUL Withdrawal | | -$5.00 |
| 05/05/2013 | TL0505 | TRUL Withdrawal | | -$5.00 |
| 05/04/2013 | 33313124 | Western Union | PENA | $100.00 |
| 04/29/2013 | 104 | Sales | | -$58.65 |
| 04/29/2013 | TL0429 | TRUL Withdrawal | | -$2.00 |
| 04/28/2013 | TFN0428 | Phone Withdrawal | | -$20.00 |
| 04/23/2013 | TFN0423 | Phone Withdrawal | | -$20.00 |
| 04/23/2013 | 33313113 | Western Union | PENA | $100.00 |
| 04/22/2013 | TFN0422 | Phone Withdrawal | | -$1.00 |
| 04/19/2013 | TFN0419 | Phone Withdrawal | | -$10.00 |
| 04/17/2013 | TL0417 | TRUL Withdrawal | | -$5.00 |
| 04/16/2013 | TL0416 | TRUL Withdrawal | | -$5.00 |
| 04/16/2013 | 34 | Sales | | -$123.30 |
| 04/12/2013 | TL0412 | TRUL Withdrawal | | -$5.00 |
| 04/10/2013 | MIPP0313 | Payroll - IPP | | $38.20 |
| 04/08/2013 | 69 | Sales | | -$58.65 |

Inmate #: 90645054

07/09/2013
01:16:22 PM
OTV

Date: 07/09/2013  
Time: 01:16:22 PM  
Location: OTV

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No:** 90645054  **Inmate Name:** DELOS SANTOS, JOSE ANTHONY  **Available Balance:** $0.36

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 04/05/2013 | TL0405 | TRUL Withdrawal | | -$10.00 |
| 04/05/2013 | TFN0405 | Phone Withdrawal | | -$20.00 |
| 04/05/2013 | 33313095 | Western Union | PENA | $200.00 |
| 04/01/2013 | 62 | Sales | | -$74.30 |
| 03/27/2013 | TL0327 | TRUL Withdrawal | | -$5.00 |
| 03/26/2013 | TFN0326 | Phone Withdrawal | | -$20.00 |
| 03/19/2013 | 33313078 | Western Union | PENA | $100.00 |
| 03/19/2013 | 30 | Sales | | -$32.20 |
| 03/17/2013 | TL0317 | TRUL Withdrawal | | -$5.00 |
| 03/16/2013 | TFN0316 | Phone Withdrawal | | -$50.00 |
| 03/14/2013 | TL0314 | TRUL Withdrawal | | -$5.00 |
| 03/11/2013 | 52 | Sales | | -$29.20 |
| 03/08/2013 | MFRP0313 | FRP Quarterly Pymt | | -$25.00 |
| 03/08/2013 | MIPP0213 | Payroll - IPP | | $28.20 |

Inmate #: 90645054

Date: 07/09/2013  
Time: 12:32:34 PM  
Location: OTV

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

Inmate No: 90645054   Inmate Name: DELOS SANTOS, JOSE ANTHONY   Available Balance: $0.36

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 06/07/2013 | MFRP0613 | FRP Quarterly Pymt | | -$25.00 |
| 06/07/2013 | MIPP0513 | Payroll - IPP | | $27.48 |
| 06/06/2013 | TFN0606 | Phone Withdrawal | | -$30.00 |
| 06/05/2013 | 33313156 | Western Union | PENA | $50.00 |
| 06/03/2013 | TFN0603 | Phone Withdrawal | | -$4.00 |
| 06/03/2013 | 80 | Sales | | -$76.20 |
| 05/30/2013 | TFN0530 | Phone Withdrawal | | -$25.00 |
| 05/29/2013 | TFN0529 | Phone Withdrawal | | -$20.00 |
| 05/29/2013 | TFN0529 | Phone Withdrawal | | -$20.00 |
| 05/29/2013 | TL0529 | TRUL Withdrawal | | -$5.00 |
| 05/28/2013 | TFN0528 | Phone Withdrawal | | -$20.00 |
| 05/24/2013 | TFN0524 | Phone Withdrawal | | -$25.00 |
| 05/24/2013 | TL0524 | TRUL Withdrawal | | -$5.00 |
| 05/24/2013 | 33313144 | Western Union | PENA | $100.00 |
| 05/23/2013 | 33313143 | Western Union | OCASIO | $100.00 |
| 05/22/2013 | TFN0522 | Phone Withdrawal | | -$4.00 |
| 05/20/2013 | 54 | Sales | | -$6.85 |
| 05/17/2013 | TFN0517 | Phone Withdrawal | | -$15.00 |
| 05/15/2013 | TL0515 | TRUL Withdrawal | | -$2.00 |
| 05/13/2013 | TFN0513 | Phone Withdrawal | | -$7.00 |
| 05/13/2013 | 65 | Sales | | -$2.05 |
| 05/10/2013 | MIPP0413 | Payroll - IPP | | $28.20 |

Date: 07/09/2013  
Time: 12:05:34 PM  
Location: OTV

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 90645054   Inmate Name: DELOS SANTOS, JOSE ANTHONY   Available Balance: $0.36

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 07/07/2013 | TFN0707 | Phone Withdrawal | | -$2.00 |
| 07/02/2013 | TL0702 | TRUL Withdrawal | | -$2.00 |
| 07/01/2013 | 91 | Sales | | -$25.80 |
| 06/27/2013 | TFN0627 | Phone Withdrawal | | -$30.00 |
| 06/27/2013 | 33313178 | Western Union | PENA | $60.00 |
| 06/24/2013 | 50 | Sales | | -$23.65 |
| 06/23/2013 | TL0623 | TRUL Withdrawal | | -$2.00 |
| 06/20/2013 | TFN0620 | Phone Withdrawal | | -$25.00 |
| 06/20/2013 | 33313171 | Western Union | PENA | $50.00 |
| 06/18/2013 | TFN0618 | Phone Withdrawal | | -$3.00 |
| 06/16/2013 | TFN0616 | Phone Withdrawal | | -$10.00 |
| 06/13/2013 | TL0613 | TRUL Withdrawal | | -$2.00 |
| 06/10/2013 | TL0610 | TRUL Withdrawal | | -$2.00 |
| 06/09/2013 | TL0609 | TRUL Withdrawal | | -$5.00 |

Inmate #: 90645054

Date: 07/09/2013  
Time: 02:07:34 PM

Date: 07/09/2013
Time: 02:07:34 PM
Location: OTV

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 90645054    Inmate Name: DELOS SANTOS, JOSE ANTHONY    Available Balance: $0.36

| Date | Reference # | Transaction Type | Sender Last name | Amount |
| --- | --- | --- | --- | --- |
| 02/02/2013 | TFN0202 | Phone Withdrawal | | -$25.00 |
| 02/01/2013 | 33313032 | Western Union | PENA | $40.00 |
| 01/29/2013 | 140 | Sales | | -$77.85 |
| 01/27/2013 | TL0127 | TRUL Withdrawal | | -$15.00 |
| 01/27/2013 | 33313026 | Western Union | PENA | $90.00 |
| 01/22/2013 | 82 | Sales | | -$12.05 |
| 01/16/2013 | TFN0116 | Phone Withdrawal | | -$85.00 |
| 01/15/2013 | TL0115 | TRUL Withdrawal | | -$5.00 |
| 01/14/2013 | 38 | Sales | | -$47.05 |
| 01/13/2013 | TL0113 | TRUL Withdrawal | | -$5.00 |
| 01/12/2013 | TL0112 | TRUL Withdrawal | | -$5.00 |
| 01/10/2013 | TL0110 | TRUL Withdrawal | | -$5.00 |
| 01/10/2013 | MIPP1212 | Payroll - IPP | | $28.20 |

Inmate #: 90645054

ID # 90645-054
FCI Otisville / Satt. Camp
P.O. Box 1000
Otisville, NY 10963

Ruby J. Krajick
Clerk of Court
500 Pearl Street
New York, NY 10007-1